UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MATTHEW GRAY,

    Plaintiff,

v.

JOSEPH E. AOUN, JAMES BEAN, RONALD STARR, GREGORY GOODALE, SCOTT EDMISTON, BRUCE RONKIN, FIONA GERMAINE, CHRISTOPHER FRANSON, ELIZABETH HUDSON, MARK NARDONE, WENDY LYNCH, REGINA COPPA, INDIVIDUALLY AND ON BEHALF OF NORTHEASTERN UNIVERSITY, NORTHEASTERN UNIVERSITY, AND JOHN DOES 1-5,

    Defendants.

Civil Action No. 1:18-cv-11825-IT

**DEFENDANTS' MOTION TO DISMISS THE**
**FIRST AMENDED COMPLAINT AND JURY CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), all named Defendants ("Defendants") respectfully move to dismiss all of the claims asserted against them in the First Amended Complaint and Jury Claim ("Amended Complaint") of Plaintiff Matthew Gray ("Plaintiff") filed in the above-referenced action. As grounds for this motion, Defendants state:

1.    Counts I through IV of the Amended Complaint, asserting procedural due process claims pursuant to 42 U.S.C. § 1983 ("§ 1983"), fail to state a claim against all Defendants, except for Defendants Lynch and Coppa, because the alleged conduct of those defendants did not constitute state action.

2. To the extent Plaintiff asserts Count I against Defendants Lynch and Coppa for being terminated without notice of the charges against him and a fair hearing, that claim fails because Plaintiff does not plead that those defendants had any authority over the process by which Plaintiff was suspended and/or Northeastern decided to not renew Plaintiff's appointment as Assistant Professor.

3. In addition, other than his name and title, the Amended Complaint does not contain a single allegation or state the basis for any claim against Defendant Joseph E. Aoun, President of Northeastern University.

4. Counts II through IV of the Amended Complaint, asserting § 1983 claims based on theories of malicious prosecution, reputational harm, and conspiracy, fail to state a claim as to all Defendants because those counts do not allege the deprivation of a federally secured right.

5. Plaintiff's § 1983 conspiracy claim (Count IV) fails for the further reason that it is conclusory and lacks sufficient detail to satisfy the pleading requirements of *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

6. Plaintiff's claims against unidentified individuals, John Does 1-5, should be dismissed because the Amended Complaint does not sufficiently allege that any unidentified individual violated Plaintiff's procedural due process rights under the Fourteenth Amendment.

7. Absent a viable federal cause of action, the Court should dismiss Plaintiff's remaining state law claim over which there exists only pendant jurisdiction.

In support of this motion, Defendants rely upon the accompanying Memorandum in Support of Defendants' Motion to Dismiss the First Amended Complaint and Jury Claim.

### REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), Defendants believe that oral argument will assist the Court and wishes to be heard. Defendants therefore respectfully request oral argument on this Motion to Dismiss.

        Respectfully submitted,

        DEFENDANTS NORTHEASTERN UNIVERSITY, JOSEPH E. AOUN, JAMES BEAN, RONALD STARR, GREGORY GOODALE, SCOTT EDMISTON, BRUCE RONKIN, FIONA GERMAINE, CHRISTOPHER FRANSON, HUDSON, MARK NARDONE, WENDY LYNCH, and REGINA COPA,

        By their attorneys,

        /s/ Scott A. Roberts
        Scott A. Roberts (BBO # 550732)
           *sroberts@hrwlawyers.com*
        Michael C. Birch (BBO # 679976)
           *mbirch@hrwlawyers.com*
        Michael J. Derderian (BBO # 682757)
           *mderderian@hrwlawyers.com*
        HIRSCH ROBERTS WEINSTEIN LLP
        24 Federal Street, 12th Floor
        Boston, Massachusetts 02110
        (T) (617) 348-4300/(F) (617) 348-4343

Dated: February 13, 2019

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, I certify that on February 13, 2019, I conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues in this Motion, but have been unable to do so.

                                                 /s/ Scott A. Roberts
                                                 Scott A. Roberts

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2019, I served a copy of this Motion to Dismiss the First Amended Complaint and Jury Claim on all counsel of record by filing the pleading through the Electronic Case Filing (ECF) system and by first-class mail to those counsel not registered with ECF.

                                                 /s/ Scott A. Roberts
                                                 Scott A. Roberts